LONG ISLAND TRUST COMPANY, Appellant, v LEONARD WIL-
LIAMS, Respondent, et al., Defendant.

Supreme Court, Appellate Term, First Department, December 13, 1988

**APPEARANCES OF COUNSEL**

*Halpern, Halpern, Axelrod, Kirschenbaum & Phillips, P. C.*
*(Kenneth G. Zitter* of counsel), for appellant. *Leonard Wil-*
*liams,* respondent *pro se.*

**OPINION OF THE COURT**

Per Curiam.

█ Order entered October 28, 1986 affirmed, without costs, for the reasons stated in the opinion of Alice Schlesinger, J., at the Civil Court.

█ The issue of the commercial reasonableness of the public sale pertained not to defendant's liability under the security agreement, but rather was relevant to determine plaintiff's entitlement to damages *(see, General Elec. Credit Corp. v Durante Bros. & Sons,* 79 AD2d 509; *Paco Corp. v Vigliarola,* 611 F Supp 923, 925 [ED NY 1985]). Hence, the issue was properly considered at the assessment following the grant of partial summary judgment to the plaintiff.

OSTRAU, P. J., SANDIFER and MILLER, JJ., concur.